WILLIAM M. SHERNOFF #38856
EVANGELINE F. GROSSMAN #176014
JOEL A. COHEN #202851
TRAVIS M. CORBY #268633
**SHERNOFF BIDART ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, California  91711
Telephone:     (909) 621-4935
Facsimile:     (909) 447-2043

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL EZEKIEL DBA LA TEL CELLULAR,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY; NORTHERN INSURANCE COMPANY OF NEW YORK; ZURICH AMERICAN INSURANCE COMPANY; FIRST PACIFIC INSURANCE BROKERS, INC. dba DRISCOLL AND DRISCOLL INSURANCE AGENCY; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.:  10-CV-05028 JFW (SSx)<br><br>**ORDER TO STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having read and considered the foregoing Stipulation of the parties, and good cause appearing therefore, the Court hereby dismisses the entire action with prejudice.

Dated: February 8, 2011

_____
Honorable John F. Walter